IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ARTAVIS D. PENDLETON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:17-CV-259-WKW [WO] |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On August 9, 2017, the Magistrate Judge filed a Recommendation (Doc. # 6) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 6) is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay the initial partial filing fee as ordered by the court.

A final judgment will be entered separately.

DONE this 17th day of October, 2017.

                                                     /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE